Samuel **LOVENBEIN**, Appellant, v. **DISTRICT OF COLUMBIA**, a Municipal Corporation, **H. L. Rust Company**, a Corporation, Melvin C. Hazen, et al., Appellees.

No. 7523.

United States Court of Appeals for the District of Columbia.

March 18, 1940.

Jacob N. Halper, of Washington, D. C., for appellant.

Elwood H. Seal, Corp. Counsel, D. C., and Vernon E. West, Principal Asst. Corp. Counsel, D. C., both of Washington, D. C., for appellees.

Before GRONER, Chief Justice, and EDGERTON and RUTLEDGE, Associate Justices.

PER CURIAM.

Upon careful examination of the record, we find that appellant has failed to state a claim upon which relief can be granted. The action of the District Court in dismissing the complaint is, therefore, affirmed.

Affirmed.